AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **24mr1659**
)
The premise located at: )
807 Delamar Ave NW, Albuquerque, NM 87107 and )
other items described in Attachment A. )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:

See attachment A, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

See attachment B, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before   September 25, 2024
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for   30   days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   September 11, 2024           *[signature]*
                                                       Judge's signature

City and state:   Albuquerque, New Mexico      HON. JOHN F. ROBBENHAAR, U.S. Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 24 MR 1659 | Date and time warrant executed: 9/13/24 7:36AM | Copy of warrant and inventory left with: RESIDENCE |
| Inventory made in the presence of: ERICA ROSENBLUM |||

Inventory of the property taken and name of any person(s) seized:
- GLOCK 27 W/ MAG W 5 LIVE RNDS (SWITCH) # VCW025
- BAG OF MARIJUANA
- BAG OF AMMO (100RND)
- BAG OF AMMO (100RND)
- APPROX 70 GRAMS COCAINE
- MOSSBERG SHOTGUN 14 ROUNDS 12 GAUGE
- PISTOL W/ MED # BVCK874 W/ 19 RDS
- SUSPECTED SILENCER
- PISTOL (OBLITERATED SERIAL #)
- 33 RNDS 5.7X28
- 3 SUSPECTED MCDS
- MCD PARTS
- CELL PHONE
- SUSPECTED LSD
- MISC AMMO
- 5 SUSPECTED MCDS
- 2 DRUM MAGS
- FIREARM # 423076
- SCALE / SPOON, WHITE POWDERY SUBSTANCE
- CASH $7695.00
- AERO MULTICAL RIFLE # STS03283

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/13/24

Executing officer's signature

THOMAS VIGIL
Printed name and title